# Order

Michigan Supreme Court
Lansing, Michigan

February 27, 2007

132234
(9)

GWANJUN KIM,
   Plaintiff,

v

ATTORNEY GRIEVANCE COMMISSION,
   Defendant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132234
AGC: 1988/06

On order of the Court, the motion for reconsideration of this Court's order of December 28, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007

_____
Clerk

l0220